Lockwood and Another *v.* The State.—In error.

A JOINT *scire facias* will not lie on a several recognizance. *Thompson et al.* v. *The State*, 4 Blackf. 188.—*Hildreth* v. *The State*, 5 *id*. 80. And the objection, when shown by the *scire facias*, may be assigned for error. *Chandler* v. *The State*, 5 Blackf. 471.